United States Bankruptcy Court
District of Connecticut

In re: Case No. 26-20698-jjt
Shemsedin Rexhepi Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-2 User: admin Page 1 of 1
Date Rcvd: Sep 23, 2026 Form ID: pdfdoc2 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shemsedin Rexhepi, 55 Grand Veiw Drive, Apt D, Farmington, CT 06032-1320 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bonnie C. Mangan | on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com;adam.lyford@manganlaw.com;julissa.bustamante@manganlaw.com |
| Bonnie C. Mangan | Trusteemangan@yahoo.com ct19@ecfcbis.com;becky.avery@manganlaw.com;adam.lyford@manganlaw.com;julissa.bustamante@manganlaw.com |
| Jonathan G. Cohen | on behalf of Debtor Shemsedin Rexhepi jgcohen@yahoo.com r46021@notify.bestcase.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 4

ct140 08/2022

# United States Bankruptcy Court

## District of Connecticut

In re:
Shemsedin Rexhepi

Debtor*

Case Number: 26-20698

Chapter: 7

## ORDER GRANTING EXTENSION OF TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE

Bonnie C. Mangan, Chapter 7 Trustee , (the "Movant"), filed a Motion for Extension of Time to File a Complaint Objecting to Discharge of a Debt Pursuant to 11 U.S.C. § 727 and/or to file a Motion to Dismiss pursuant to 11 U.S.C. §707(b) (the "Motion", ECF No. 12). After notice, and on consent of all parties of interest, it appearing that the relief in Motion should be granted; it is hereby

**ORDERED:** The time for the Movant and the Office of the United States Trustee to file a Complaint pursuant to 11 U.S.C. § 727 is extended to December 4, 2026; and it is further

**ORDERED:** The time for the Movant and the Office of the United States Trustee to file a Motion to Dismiss this case under 11 U.S.C. § 707(b) is extended to December 4, 2026.

Dated: September 23, 2026

BY THE COURT

James J. Tancredi
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.